**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| RADIOSHACK CORPORATION, *et al.*,[1] | : | Case No. 15-10197 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Related Docket No. 2333 (Case No. 15-10197) |

## NOTICE OF CHANGE OF CASE CAPTION

PLEASE TAKE NOTICE OF THE FOLLOWING:

      1.      On June 4, 2015 the Court entered the Order Authorizing (I) The Sale of Certain Assets of the Debtors Free and Clear of all Claims, Liens, Liabilities, Rights, Interests and Encumbrances; (II) The Debtors to Enter Into and Perform Their Obligations Under the Asset Purchase Agreement Attached Hereto; (III) The Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (IV) Grant Related Relief (the "<u>IP Asset Sale Order</u>") [Docket No. 2333].

      2.      On June 22, 2015, RadioShack Corporation, RadioShack Customer Service LLC, RadioShack Global Sourcing Corporation, RadioShack Global Sourcing Limited Partnership, RadioShack Global Sourcing, Inc., Tandy Finance Corporation, Tandy Holdings, Inc., and Tandy International Corporation filed the appropriate documentation to change their names as set forth below:

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RadioShack Corporation (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RadioShack Customer Service LLC (8866); RadioShack Global Sourcing Corporation (0233); RadioShack Global Sourcing Limited Partnership (8723); RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); Tandy Finance Corporation (5470); Tandy Holdings, Inc. (1789); Tandy International Corporation (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

| New Name | Former Name |
|---|---|
| RS Legacy Corporation | RadioShack Corporation |
| RS Legacy Customer Service LLC | RadioShack Customer Service LLC |
| RS Legacy Global Sourcing Corporation | RadioShack Global Sourcing Corporation |
| RS Legacy Global Sourcing Limited Partnership | RadioShack Global Sourcing Limited Partnership |
| RS Legacy Global Sourcing, Inc. | RadioShack Global Sourcing, Inc. |
| RS Legacy Finance Corporation | Tandy Finance Corporation |
| RS Legacy Holdings, Inc. | Tandy Holdings, Inc. |
| RS Legacy International Corporation | Tandy International Corporation |

3. The closing occurred on June 19, 2015. In accordance with the IP Asset Sale Order, the Debtors hereby file this Notice of Change of Case Caption. A copy of the new case caption is attached hereto as Exhibit A.

Dated: June 23, 2015  
      Wilmington, Delaware

Respectfully submitted,

/s/ Evelyn J. Meltzer  
David M. Fournier (DE 2812)  
Evelyn J. Meltzer (DE 4581)  
Michael J. Custer (DE 4843)  
PEPPER HAMILTON LLP  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
P.O. Box 1709  
Wilmington, Delaware 19899-1709  
Telephone: (302) 777-6500  
Facsimile: (302) 421-8390

-and-

-3-

      David G. Heiman (OH 0038271)
      JONES DAY
      901 Lakeside Avenue
      Cleveland, Ohio 44114
      Telephone: (216) 586-3939
      Facsimile: (216) 579-0212

      Gregory M. Gordon (TX 08435300)
      JONES DAY
      2727 N. Harwood Street
      Dallas, Texas 75201
      Telephone: (214) 220-3939
      Facsimile: (214) 969-5100

      Thomas A. Howley (TX 24010115)
      Paul M. Green (TX 24059854)
      JONES DAY
      717 Texas Suite 3300
      Houston, Texas 77002
      Telephone: (832) 239-3939
      Facsimile: (832) 239-3600

      ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION